| Approved, SCAO | | Original - Court<br>1st copy - Plaintiff<br>2nd copy - Defendant |
|---|---|---|
| US Bankruptcy Court<br>Eastern District of Michigan | CERTIFICATE OF SATISFIED JUDGMENT | CASE NO.<br>19-48347; 19-04267<br>Hon. Marci B. McIvor |
| Court address<br>211 W. Fort St., Ste 2100, Detroit, MI 48226 | | Court telephone no.<br>(313) 234-0065 |

Plaintiff name(s), address(es), and telephone no(s).
McNaughton-McKay Electric Co.
1401 E. Lincoln
Madison Heights, MI 48071

v

Defendant name(s), address(es), and telephone no(s).
Kenneth Carl Dargatz
7314 Colony Dr.
West Bloomfield, MI 48323

Plaintiff attorney, bar no., address, and telephone no.
Brian P. Lick (P71577) - Clark Hill PLC
212 East César E. Chávez Avenue
Lansing, MI 48906

(517) 318-3100

A judgment was entered by this court on  11/21/2019
                                         Date

☑ **Satisfaction by Party**

The judgment has been satisfied in full as to  ☑ all defendants  ☐ defendant _____.

04/17/2020                                  s/ Brian P. Lick
Date                                        Plaintiff/Attorney signature  Brian P. Lick (P71577)

☐ **Satisfaction by Clerk of the Court**

The judgment has been paid in full to the court on _____.
                                                   Date

_____                            _____
Date                                        Court clerk/Deputy court clerk

☐ **Satisfaction by Judge**

After hearing, it has been determined that the judgment has been satisfied in full.

_____                            _____
Date                                        Judge

### CERTIFICATE OF MAILING

I certify that on this date copies of this satisfaction were served upon the parties and their attorneys by ordinary mail at the address shown above.

04/17/2020                                  Tema L. Crowell
Date                                        Signature  Tema L. Crowell